# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CORRIOSO MENDOZA,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUEROA, Warden, et al.,<br><br>Respondents. | Case No.: 18cv149-LAB (NLS)<br><br>**ORDER OF DISMISSAL** |

Petitioner filed a petition under 28 U.S.C. § 2241 seeking release pending his removal to Cuba. The Court screened the petition and ordered the government to respond within 35 days, which it failed to do. However, mail directed to Petitioner was returned as undeliverable, and Petitioner did not inform the Court of his new address, and he has filed nothing since then. Under Civil Local Rule 83.11(b), the petition was subject to dismissal for failure to prosecute.

The government eventually filed its response, informing the Court that Petitioner had been released on June 7, 2018. Because this was the only relief he

/ / /
/ / /
/ / /

was seeking, his petition has become moot. This action is therefore **DISMISSED WITHOUT PREJUDICE, BUT WITHOUT LEAVE TO AMEND**, as moot.

**IT IS SO ORDERED**.

Dated: August 19, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge